IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL RENDEROS,<br><br>    Petitioner,<br><br>  v.<br><br>STUART J. RYAN, Warden,<br><br>    Respondent. | No. C 04-05250 CRB<br><br>**CERTIFICATE OF APPEALABILITY** |

By Order filed July 7, 2005, the Court denied Victor Manuel Renderos's petition for habeas corpus. Pursuant to 28 U.S.C. section 2253(b) the Court concludes that petitioner has made a substantial showing of a denial of a constitutional right with respect to the following claims: (1) that application of California Penal Code section 803(g) was a violation of the Ex Post Facto Clause; (2) that the burden of proving the timeliness of a prosecution within the limitations period requires proof beyond a reasonable doubt; (3) that petitioner's right to a fair trial and due process was infringed when the trial court allowed the introduction of propensity evidence; (4) that the prosecution's reference to testimony given by the victim's mother during closing argument violated his right to a fair

///

///

///

1 trial and due process; (5) that trial counsel was ineffective; and (6) that the cumulative
2 effect of these alleged errors violated his right to due process.  The Court finds that
3 petitioner has not made a substantial showing with respect to the trial court's instructions
4 to the jury.

5 **IT IS SO ORDERED.**

6 Dated: July 27, 2005



7 CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE